■ DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee under the Agreement Relating to AMERICAN HOME MORTGAGE ASSETS TRUST 2007-3 MORTGAGE-BACKED PASS THROUGH CERTIFICATES SERIES 2007-3, Respondent, v DONALD MACPHERSON, Appellant, et al., Defendants. [998 NYS2d 394]—

In an action to foreclose a mortgage, the defendant Donald MacPherson appeals from a judgment of the Supreme Court, Suffolk County (Molia, J.), dated June 14, 2013, which, upon an order of the same court dated February 28, 2008, denying his motion pursuant to CPLR 3211 (a) to dismiss the complaint, inter alia, directed the sale of the subject property.

Ordered that the judgment is affirmed, with costs.

Contrary to the contention of the defendant Donald MacPherson, a notice of default sent to him after he defaulted on the subject note provided him with 30 days after mailing of the notice within which to cure the default. Accordingly, the notice provided him with the cure period required under the terms of the subject note and mortgage.

MacPherson's remaining contention, raised for the first time on appeal, is not properly before this Court (*see e.g. Federal Natl. Mtge. Assn. v Cappelli*, 120 AD3d 621, 622 [2014]; *Gonzales v Munchkinland Child Care, LLC*, 89 AD3d 987, 988 [2011]; *Whitehead v City of New York*, 79 AD3d 858, 861 [2010]). Mastro, J.P., Balkin, Miller and Duffy, JJ., concur.